IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID YOUNG<br>            Petitioner, | CIVIL ACTION NO. 08-91 |
| V. | |
| DISTRICT ATTORNEY OF THE COUNTY<br>OF ALLEGHENY; ATTORNEY GENERAL<br>OF THE STATE OF PENNSYLVANIA;<br>DAVID DIGUGLIELMO, et al.<br>            Respondent | ELECTRONICALLY FILED |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned for all in the above-entitled case.

SEND ALL NOTICES TO:

Allegheny County District Attorney's Office
401 Allegheny County Courthouse
Pittsburgh, PA 15219-2489

                                              s/ Amy L. Fitzpatrick
                                              Assistant District Attorney
Phone: (412) 350-4377            PA. I.D. NO. 201137

To:    Office of the Clerk
         United States District Court
         for the Western District of Pennsylvania
         U.S. Post Office & Courthouse
         Seventh Avenue & Grant Street
         Pittsburgh, PA 15219